NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**APPLE INC.,**
*Plaintiff-Appellant,*

v.

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG
ELECTRONICS AMERICA, INC., AND SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC,**
*Defendants-Cross Appellants.*

---

2012-1600, -1606

---

Appeals from the United States District Court for the
Northern District of California in case no. 11-CV-1846,
Judge Lucy H. Koh.

---

ON MOTION

---

Before SCHALL, *Circuit Judge.*

## ORDER

The Reporters Committee for Freedom of the Press,
American Society of News Editors, Bloomberg L.P., Dow
Jones & Company, Inc., Gannett Co., Inc., the New York
Times Company, Society of Professional Journalists, and

APPLE INC. V SAMSUNG ELECTRONICS CO., LTD.                    2

the Washington Post move for leave to file a brief amicus curiae.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk


s19